No. 99–9637. HOLLOWAY v. INDIANA DEPARTMENT OF TRANS-PORTATION. C. A. 7th Cir. Certiorari denied.

No. 99–9638. TUNG MINH HUYNH v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 99–9639. TAYLOR v. KELSEY. C. A. 2d Cir. Certiorari denied.

No. 99–9641. PETERS v. POPE. Ct. Civ. App. Ala. Certiorari denied.

No. 99–9644. PACE v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 99–9645. THOMAS v. GARRAGHTY, CHIEF WARDEN. C. A. 4th Cir. Certiorari denied.

No. 99–9646. WRIGHT v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–9648. PETTAWAY v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. Sup. Ct. Va. Certiorari denied.

No. 99–9649. RILEY v. TAYLOR ET AL. Sup. Ct. Del. Certiorari denied.

No. 99–9652. SMITH v. GIBSON, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 99–9654. EAGLE v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 99–9655. HOBLEY v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 99–9657. KOLB v. WYOMING DEPARTMENT OF CORRECTIONS ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–9661. DUNLAP v. PURKETT, SUPERINTENDENT, FARMINGTON CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.